BAKKEN, RESPONDENT, *v.* KESTER, APPELLANT.

(No. 6,151.)

(Submitted September 21, 1927. Decided November 25, 1927.)

[261 Pac. 294.]

(For syllabus, see *Kester* v. *Amon,* ante, p. 1.)

*Appeal from District Court, Pondera County; John J. Greene, Judge.*

ACTION by John Bakken against C. H. Kester. From a judgment for plaintiff, defendant appeals. Affirmed.

*Mr. Art. Jardine,* for Appellant.

*Messrs. Arnot & Doyle,* for Respondent.

MR. JUSTICE MATTHEWS delivered the opinion of the court.

The opinion heretofore promulgated is withdrawn, and the following opinion substituted therefor:

This is an appeal from a judgment in favor of plaintiff, submitted on the record in cause numbered 6,150, *Kester* v. *Amon*, ante, p. 1, 261 Pac. 288. The only difference between the two cases is that this action was brought by Bakken to recover from Kester the value of wheat grown upon the land purchased by Kester, and severed before Kester secured possession, but not removed from the land.

On the authority of *Kester* v. *Amon*, above, the judgment is affirmed.

MR. CHIEF JUSTICE CALLAWAY and MR. JUSTICE STARK concur.

JUSTICES MYERS and GALEN, dissenting:

We dissent. Our reasons for not agreeing with the conclusion reached in this case are fully set forth in the companion case of *Kester* v. *Amon et al.*, ante, p. 1, 261 Pac. 288.